UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, § § § Plaintiff, § VS. § VERITAS SUPPLY, INC. d/b/a VERITAS § MECHANICAL, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:15-CV-2454 |

## DEFAULT JUDGMENT

On February 5, 2016, the plaintiff, International Fidelity Insurance Company (the "Plaintiff") filed a Motion for Default Judgment against defendants Veritas Supply, Inc. d/b/a Veritas Mechanical, Veritas Supply, Inc., Jesus S. Ocampo and Elvira T. Ocampo (collectively, the "Defendants"), pursuant to Rule 55 of the Federal Rules of Civil Procedure. It appearing from the record that the defendants have failed to file any answer or otherwise appear in this matter, and that default was entered against each defendant on December 14, 2015, judgment is hereby signed and entered against the defendants', Veritas Supply, Inc. d/b/a Veritas Mechanical, Veritas Supply, Inc., Jesus S. Ocampo and Elvira T. Ocampo jointly and severally in the sum certain of $513,354.12, including reasonable and necessary attorneys' fees, together with interest at 5% per annum, until paid, and costs of Court.

SIGNED on this 22nd day of February, 2016.

_____
Kenneth M. Hoyt
United States District Judge